UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BULLETS2BANDAGES, LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CALIBER CORPORATION,<br><br>　　　　　　　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS | Case No.: 18cv669-GPC(MSB)<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE** |

A Case Management Conference was held on December 12, 2019. Pursuant to the discussions during the conference, the Court sets a telephonic Case Management Conference for **March 11, 2020**, at **9:00 a.m.** Plaintiff's counsel is to arrange and initiate the conference call. The telephone number for Judge Berg's chambers is (619) 557-6632.

　　**IT IS SO ORDERED.**

Dated:  December 12, 2019

Honorable Michael S. Berg
United States Magistrate Judge